# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| MANJIT SANGHA, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION 1: 18-00131-KD-B |
| | : | |
| NAVIG8 SHIP MANAGEMENT PTE LTD., | : | |
| and NAVIG8 GROUP, | : | |
|     Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation (Doc. 20) to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 27, 2019 is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that: 1) Defendant Navig8 Ship Management Pte. Ltd.'s motion to dismiss is **DENIED** with regard to lack of personal jurisdiction, *forum non conveniens*, and failure to state a claim; and 2) said Defendant's motion for more definite statement is **GRANTED in part** and **DENIED in part**. It is further **ORDERED** that Defendant Navig8 Group is **DISMISSED** without prejudice as a Defendant in this case based upon the parties' stipulation.

**DONE** and **ORDERED** this the **14th** day of **March 2019.**

                                         /s/ Kristi K. DuBose
                                         **KRISTI K. DuBOSE**
                                         **CHIEF UNITED STATES DISTRICT JUDGE**